Case 6:23-cv-00620-JCB   Document 2   Filed 12/13/23   Page 1 of 5   PageID #: 162

Filed: 12/4/2023 1:34 PM
Teresia Coker
District Clerk
Anderson County, Texas
Christi Holden

NO. <u>DCCV23-4411-87</u>

| | | |
|---|---|---|
| **OBIALUNAMMA ECHE, PLAINTIFF** | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | |
| | § | |
| **GATEWAY MORTGAGE GROUP, LLC, GATEWAY MORTGAGE GROUP, AND MOLLIE McCOSLIN, ROBERT LAMONT, SHERYL LAMONT, HARRIETT GLETCHER, SHARON ST. PIERRE, MARINOSCI LAW GROUP, PC, AS SUBSTITUTE TRUSTEES, DEFENDANTS** | §§§ | 87th JUDICIAL DISTRICT |
| | §§§ | ANDERSON COUNTY, TEXAS |

# FIRST AMENDED ORIGINAL PETITION INCLUDING REQUEST FOR TEMPORARY RESTRAINING ORDER. TEMPORARY INJUNCTION. AND PERMANENT INJUNCTION

1. *Discovery Level.* Discovery in this case is intended to be conducted under level 2 of rule 190 of the Texas Rules of Civil Procedure.

2. *Parties.*

   a. Plaintiff, **OBIALUNAMMA ECHE,** is an individuals residing in Anderson County, Texas.

   b. Defendant Gateway Mortgage Group, LLC, is an Oklahoma limited liability company, doing business in Texas, may be served with process through its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.

   c. Defendant Gateway First BankK, an Oklahoma bank, doing business in Texas, may be served with process through its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas

78701-3218.

    d.  Defendants Mollie McCoslin, Robert LaMont, Sheryl LaMont, Harriett Fletcher, and Sharon St. Pierre are each individuals residing in Texas and acting as substitute trustees and may be served with process at where found

    e.  Marinosci Law Group, LLC, 16415 Addison Road, Suite 725, Addison, Texas 75001, is a Texas Professional Corporation acting as substitute truste, and may be served with process through its registered agent, Christopher Baxter, 14643 Dallas Parkway, Suite 750 Dallas, TX 75254.

  3.  This court has jurisdiction over the parties because Defendants are Texas residents and doing business in Texas and venue is appropriate in Anderson County, Texas because the property the subject of this suit is located in Anderson County, Texas.

  4.  Attached to this petition as Exhibit A is a copy of the notice of foreclosure sale that was posted at the request of Defendants stating that a sale of the premises described therein would take place on December 5, 2023. Attached to this petition as Exhibit B is a copy of the Deed of Trust on the subject property. Plaintiff contends that notice of the sale was not properly provided notice of the default and the impending sale under Texas Property Code Section 51.002(b)(3) and 51.002(d).

  5.  Based on the foregoing conduct set forth above, Defendants are not entitled to sell the property at a foreclosure sale. Plaintiff is seeking a judicial declaration that the Defendants did not provide proper notice and are not entitled to sell the property at a foreclosure sale, and a finding as to the alleged balance due and owing. Plaintiff is seeking temporary and permanent injunctive relief to prevent the sale while this case is pending.

  6.  Plaintiff will suffer immediate and irreparable injury, loss, or damage if

Defendants' conduct described above is not enjoined for these reasons: Defendants will have sold the property on the courthouse steps without having a legal basis for doing so.

7. Plaintiff does not have an adequate remedy at law because nothing can prevent the loss of the property, but for this injunction. Plaintiff has exercised due diligence in prosecuting this claim. The injury to Plaintiff if Defendants continue the conduct described above would outweigh any injury the restraining order and injunction might cause Defendants, and issuance of the restraining order and injunction would not disserve the public interest.

8. *Attorney's Fees.* Defendants' actions have made it necessary for Plaintiff to employ the undersigned attorney to file suit. Plaintiff contends that reasonable fees for the attorney's services rendered and to be rendered are at least $2,500.00.

9. *Prayer.* Plaintiff prays that-

a. without notice to Defendants, the Court issue a temporary restraining order restraining Defendants and their officers, agents, servants, and employees from directly or indirectly selling, transferring, or assigning any interest in and to the property described in Exhibit "A" attached hereto and incorporated herein by this reference the same as if fully copied and set forth at length;

b. the Court set a date and time for a hearing on this application for a temporary injunction;

c. Defendants be cited to appear and answer;

d. after hearing, the Court issue a temporary injunction enjoining Defendants and their officers, agents, servants, and employees from directly or indirectly selling, transferring, or assigning any interest in and to the property described in Exhibit "A" attached hereto and incorporated herein by this reference the same as if fully copied and set forth at length

during the pendency of this action;

    e.    Plaintiff be granted reasonable expenses incurred in obtaining the restraining order and injunction; and

    f.    Plaintiff be granted all further relief to which Plaintiffs may be entitled ;.

    Respectfully submitted,

Law Office of Brian Walsh, PLLC.
1018 N Mallard Street
Palestine, TX 75801
Tel: (903) 723-0361
Fax: (903) 723-2292

By: *Brian Walsh*
Brian D. Walsh
Attorney for Petitioner
State Bar No. 24037665
brian@bdwalshlaw.com

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 82201369
Filing Code Description: Amended Filing
Filing Description: amended petition
Status as of 12/4/2023 1:51 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brian D.Walsh | | brian@bdwalshlaw.com | 12/4/2023 1:34:51 PM | SENT |