IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| OBIALUNAMMA ECHE, PLAINTIFF | § § § | |
| V. | § § § | |
| GATEWAY MORTGAGE GROUP, LLC, GATEWAY MORTGAGE GROUP, AND MOLLIE McCOSLIN, ROBERT LAMONT, SHERYL LAMONT, HARRIETT GLETCHER, SHARON ST. PIERRE, MARINOSCI LAW GROUP, PC, AS SUBSTITUTE TRUSTEES, DEFENDANTS | § § § § § § § § § § | CIVIL ACTION NO. 6:23-CV-00620 |

**JOINT STIPULATION OF DISMISSAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, Obialunamma Eche, and Defendant, Gateway Mortgage, a Division of Gateway First Bank, and successor by merger to Gateway Mortgage Group, LLC ("Gateway"), and file this Joint Stipulation of Dismissal, asking this Court to dismiss all pending claims with prejudice, and would respectfully show:

1. This lawsuit concerns the foreclosure on real property and improvements commonly known as 1450 FM 315, Palestine, Texas.

2. Plaintiff filed this lawsuit in the 87th Judicial District Court of Anderson County, Texas on November 28, 2023. Plaintiff's Original Petitioner, and subsequent First Amended Original Petition, sought injunctive and declaratory relief.

3. On December 13, 2023, Defendant Gateway removed the case to this Court invoking the Court's diversity jurisdiction.

4. On December 21, 2023, Gateway filed a motion to dismiss. None of the named Defendants have filed an Answer.

5. Plaintiff no longer wishes to pursue her claim against the Defendants, including Gateway. Accordingly, pursuant to Rule 41(a)(2) of the Federal rules of Civil Procedure, Plaintiff and Gateway ask the Court to dismiss all pending claims with prejudice and order that all parties bear their own costs and fees.

WHEREFOR, PREMISES CONSIDERED, Plaintiff Obialunamma Eche and Defendant Gateway pray that the Court order that Plaintiff's claims against Defendants be dismissed with prejudice, and grant such further relief at law or in equity as to which the parties may show themselves entitled.

Respectfully Submitted,

*Brian Walsh*
**Brian D. Walsh**
Texas Bar No. 24037665
**Law Office of Brian Walsh, PLLC**
1018 North Mallard
Palestine, Texas 75801
Tele: 903/723-0361
Fax: 903/723-2292
Email: brian@bdwalshlaw.com
Attorney for Obialunamma Eche

/s/ Kyle A. Owens
**Kyle A. Owens**
Texas Bar No. 24046573
kowens@bradley.com
**BRADLEY ARANT BOULT CUMMINGS LLP**
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
(214) 257-9800 Telephone
(214) 939-8787 Telecopier
Attorney for Gateway

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing instrument was served on the following via the Court's CM/ECF system according to Local Civil Rule 5.3 on January 5, 2024.

    Kyle A. Owens, via CM/ECF

*Brian Walsh*
Brian Walsh
Attorney for Obialunamma Eche